In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
NO. 09-22-00051-CV

IN RE MELVIN WHIPPLE

**Original Proceeding**
**435th District Court of Montgomery County, Texas**
**Trial Cause No. 04-04-02663-CV**

## MEMORANDUM OPINION

In a petition for a writ of mandamus, Melvin Whipple, Relator, sought to compel the trial court to vacate a trial court order, signed on January 31, 2022, that is titled "Order on Agreed Motion to Transfer to Tiered Treatment Program." *See generally* Tex. R. App. P. 52. On March 10, 2022, by motion, Relator asked the Court to dismiss the original proceeding he filed here. In his motion, Whipple asserts that the original proceeding he filed is now moot because the trial court signed an order on March 8, 2022, vacating the order signed on January 31, 2022.

We agree the matter is moot. We grant the motion and dismiss Relator's petition, without reference to the merits.

PETITION DISMISSED.

PER CURIAM

Submitted on March 23, 2022
Opinion Delivered March 24, 2022

Before Kreger, Horton and Johnson, JJ.